UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACQUELINE C. GREY, Individually and on behalf
of a class,

                                            Case No. 7:16-cv-08843-KMK

                    Plaintiff,

                - against -

CARSON SMITHFIELD, LLC,

                    Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

        JACQUELINE C. GREY, by her attorneys, SHAKED LAW GROUP, P.C., and

pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of

the above-referenced matter against CARSON SMITHFIELD, LLC. No Answer has been filed

in this case.

Dated: Brooklyn, New York
       February 21, 2017

                                SHAKED LAW GROUP, P.C.
                                Attorneys for Plaintiff

                            By _____
                            Dan Shaked (DS-3331)
                            44 Court St., Suite 1217
                            Brooklyn, NY 11201
                            Tel. (917) 373-9128
                            Fax (718) 504-7555
                            e-mail: ShakedLawGroup@gmail.com

                            SO ORDERED

                            KENNETH M. KARAS U.S.D.J.

                            4/3/18